AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Justin D. Brown<br>*Plaintiff,*<br>v.<br>Karen W. Barker,<br>*Assistant/ Public Defender*; Stephanie B. Linder<br>*Solicitor*<br>*Defendant.* | Civil Action No.  2:23-cv-05573-JD |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ the plaintiff, Justin D. Brown, take nothing of the defendants, Karen W. Barker, *Assistant/ Public Defender*; Stephanie B. Linder*, Solicitor*, and this action is dismissed without prejudice and without issuance of service of process.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

■ decided by the Court, the Honorable Joseph Dawson III, US District Judge, presiding. The Court having adopted the Report and Recommendation of the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended dismissal.

Date:  May 16, 2024                                        *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/ A. Snipes
                                                                        _____
                                                                        *Signature of Clerk or Deputy Clerk*